IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLEN HUTCHCRAFT                                                                    PLAINTIFF

            v.                              Civil No. 05-2076

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                            DEFENDANT

## <u>JUDGMENT</u>

Comes now the Court on this 17th day of July, 2006, in accordance with the

Memorandum Opinion entered in the above styled case on today's date, and hereby considers,

orders and adjudges that the decision of the Commissioner of the Social Security

Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

            IT IS SO ORDERED.


                                              /s/ Bobby E. Shepherd
                                              HONORABLE BOBBY E. SHEPHERD
                                              UNITED STATES MAGISTRATE JUDGE